No. 129. SAN JUAN TRADING Co., INC. v. MEXICAN STEAMSHIP MARMEX ET AL. C. A. 1st Cir. Certiorari

denied. *L. E. Dubon* for petitioner. *James R. Beverley* for respondents.